# Exhibit I

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Julius and Florence Bray,<br><br>       Plaintiffs,<br><br>v.<br><br>Monaco Coach Corporation and Power Gear,<br><br>       Defendants. | **JUDGMENT IN CIVIL CASE**<br><br>CV-03-363-TUC-DCB |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **IT IS ORDERED AND ADJUDGED** that the **Jury found in favor of Plaintiffs** and against Defendants on all claims.

      **IT IS FURTHER ORDERED AND ADJUDGED** that Defendants are to accept Plaintiffs' revocation and refund **$229,677.00** to Plaintiffs representing the total sale price of the motor home.

      **IT IS FURTHER ORDERED AND ADJUDGED** that Defendant Monaco Coach Corporation is to pay Plaintiffs **$24,600.00** and that Defendant Power Gear is to pay Plaintiffs **$12,300.00** for aggravation and/or inconvenience.

      **IT IS FURTHER ORDERED** that, pursuant to Rule 58(a)(2)(B)(i)

**EXHIBIT "I"**

of the Federal Rules of Civil Procedure, this form of judgment is approved.

DATED this 28th day of November, 2005.

_____
David C. Bury
United States District Judge

November 30, 2005               Richard H. Weare
**Date**                        **Clerk**


                                s/Cathy Schwader
                                (By) Cathy Schwader, Deputy Clerk

2