# Exhibit L

# LAW FIRMS -- PAGE 1

## Ranked by number of lawyers[1]

| Rank (Prior rank) | Company name / Address / Website / Phone | Year established in Hawaii | Lawyers[2] Partners Associates | Hourly fees Partners Associates | Some specialty areas | Top executive(s) Title Email |
|---|---|---|---|---|---|---|
| 1 (1) | Cades Schutte / 1000 Bishop St., Ste. 1200, Honolulu, HI 96813 / cades.com / (808) 521-9200 | 1922 | 71 / 39 | DND / DND | Full-service firm: civil litigation, finance/banking, real estate, corporate, tax | Rhonda Griswold, Grace Nihei Kido, Kelly LaPorte, Marc Rousseau: Partners; cades@cades.com |
| 2 (2) | Goodsill Anderson Quinn & Stifel / 1099 Alakea St., Ste. 1800, Honolulu, HI 96813 / goodsill.com / (808) 547-5600 | 1878 | 61 / 39 | DND / DND | Litigation, real property, banking, tax, labor/ employment, environmental | Peter Kashiwa: Managing Partner; pkashiwa@goodsill.com / Carole Spivey: COO; cspivey@goodsill.com / Kimberley Manning: Dir. of HR/ IT; kmanning@goodsill.com |
| 3 (3) | Carlsmith Ball / 1001 Bishop St., Ste. 2200, Honolulu, HI 96813 / carlsmith.com / (808) 523-2500 | 1857 | 60 / 42 | DND / DND | Real estate/land use; tax; corporate/business; environmental; banking | Karl Kobayashi: Chair of Firm; NA / Michelle Imata: Managing Partner; icmata@carlsmith.com |
| 4 (4) | Alston Hunt Floyd & Ing / 1001 Bishop St., Ste. 1800, Honolulu, HI 96813 / ahfi.com / (808) 524-1800 | 1991 | 57 / 15 | $300 - $695 / $150 - $400 | Commercial litigation, personal injury, real property, health care, labor | Paul Alston: President; palston@ahfi.com / William Hunt: Managing Dir.; whunt@ahfi.com |
| 5 (5) | Legal Aid Society of Hawaii / 924 Bethel St., Honolulu, HI 96813 / legalaidhawaii.org / (808) 536-4302 | 1950 | 35 / NA | NA / NA | Family law, public: housing, housing, fair housing, consumer law | M. Nalani Fujimori Kaina: Dir.; nalanim@lashaw.org |
| 6 (6) | McCorriston Miller Mukai MacKinnon / 500 Ala Moana Blvd., 4th Floor, Honolulu, HI 96813 / m4law.com / (808) 529-7300 | 1989 | 35 / 22 | DND / DND | Real estate, litigation, appellate practice, construction law, environmental | Randall Sakumoto: Managing Partner; rsakumoto@m4law.com |
| 7 (7) | Ashford & Wriston / 1099 Alakea St., Ste. 1400, Honolulu, HI 96813 / ashfordwriston.com / (808) 539-0400 | 1956 | 32 / 12 | $250 - $325 / $160 - $190 | Real property, civil litigation, business, tax, bank/ finance services, health | Kevin Herring: Managing Partner; NA |
| 8 (NR) | Kobayashi Sugita & Goda / 999 Bishop St., 26th Floor, Honolulu, HI 96813 / ksglaw.com / (808) 535-5700 | 1971 | 30 / 17 | DND / DND | Complex litigation, commercial, construction, corporate, real estate | Joseph Stewart: Managing Partner; NA / Wendell Fuji: Managing Partner; NA |
| 9 (9) | Case Lombardi & Pettit / 737 Bishop St., Ste. 2600, Honolulu, HI 96813 / caselombardi.com / (808) 547-5400 | 1986 | 26 / 14 | $255 - $475 / $160 - $225 | Real estate, business, tax law, bankruptcy, collections, commercial litigation | Dennis Lombardi: Dir. & President; NA / Lauren Sharkey: Managing Dir.; lsharkey@caselombardi.com |
| 10 (12) | Watanabe Ing / 999 Bishop St., 23rd Floor, Honolulu, HI 96813 / wik.com / (808) 544-8300 | 1971 | 25 / 13 | DND / DND | Asia Pacific consulting, banking, real estate, commercial litigation | J. Douglas Ing: Partner; douging@wik.com |
| 10 (10) | Ayabe Chong Nishimoto Sia & Nakamura / 1003 Bishop St., Ste. 2500, Honolulu, HI 96813 / hawaiilawyer.com / (808) 537-6119 | 1963 | 25 / 20 | DND / DND | Aviation, commercial litigation, employment, motor vehicle, personal injury | Sidney Ayabe: Managing Partner; sidney.ayabe@hawaiilawyer.com |
| 10 (10) | Torkildson Katz Moore Hetherington & Harris / 700 Bishop St., 15th Floor, Honolulu, HI 96813 / torkildson.com / (808) 523-6000 | 1947 | 25 / 13 | $300 - $480 / $220 - $265 | Labor/employment: corporate, litigation, health care, securities, real estate | J. George Hetherington: President; NA |
| 13 (12) | Rush Moore / 737 Bishop St., Ste. 2400, Honolulu, HI 96813 / mhhawaii.com / (808) 521-0400 | 1946 | 23 / 13 | DND / DND | Civil litigation, real estate, public utilities, business organization, estate planning | David Shiheta: Managing Partner; NA / Stephen Mau: Partner; NA |
| 14 (12) | Bays Lung Rose & Holma / 1099 Alakea St., 16th Floor, Honolulu, HI 96813 / legalhawaii.com / (808) 523-9000 | 1986 | 22 / 8 | $275 - $475 / $175 - $235 | Complex construction, real estate/business litigation, business transactions | Ryan Engle: Partner; NA / Bruce Voss: Partner; NA |
| 14 (8) | Damon Key Leong Kupchak Hastert / 1003 Bishop St., Ste. 1600, Honolulu, HI 96813 / hawaiilawyer.com / (808) 531-8031 | 1963 | 22 / 11 | $250 - $400 / $160 - $260 | Business, real estate, land use, construction, litigation, estates, creditor's rights | Kenneth Kupchak: President; krk@hawaiilawyer.com / Michael Yoshida: VP; may@hawaiilawyer.com / Christine Kubota: Secretary; cak@hawaiilawyer.com |
| 16 (12) | Clay Chapman Iwamura Pulice & Nervell / 700 Bishop St., Ste. 2100, Honolulu, HI 96813 / paclawteam.com / (808) 535-8400 | 1977 | 20 / 5 | $250 - $425 / $175 - $325 | Banking, construction, mediation/arbitration, condominium, real estate | Michael Steiner: Exec. Dir. of Admin.; msteiner@paclawteam.com / Gerald Clay: Dir.; gclay@paclawteam.com |
| 17 (7) | Cronin Fried Sekiya Kekina & Fairbanks / 841 Bishop St., Ste. 600, Honolulu, HI 96813 / croninfried.com / (808) 524-1433 | 1973 | 19 / 2 | NA[3] / NA[3] | Personal injury | L. Richard Fried Jr.: President; lfried@croninfried.com |
| 18 (18) | O'Connor Playdon & Guben / 733 Bishop St., Ste. 2400, Honolulu, HI 96813 / opglaw.com / (808) 524-8350 | 1876 | 18 / 10 | DND / DND | Insurance defense, commercial litigation, bankruptcy, construction | Michael McGuigan: Managing Partner; mpg@opglaw.com |
| 19 (19) | Bickerton Lee Dang Sullivan / 745 Fort Street Mall, Ste. 801, Honolulu, HI 96813 / bsdk.com / (808) 599-3811 | 1989 | 17 / 6 | DND / DND | Commercial, business, real estate, consumer class action, unfair competition | Terrence Lee: Managing Partner; NA |
| 20 (20) | Kessner Umebayashi Bain & Matsunaga / 220 S. King St., Ste. 1900, Honolulu, HI 96813 / NA / (808) 536-1900 | 1977 | 15 / 8 | DND / DND | General litigation, construction, personal injury, medical malpractice | Robert Kessner: President & Dir.; rkessner@kdubm.com |
| 20 (21) | Marr Jones & Wang / 1003 Bishop St., Ste. 1500, Honolulu, HI 96813 / marrjones.com / (808) 536-4900 | 1995 | 15 / 5 | $280 - $390 / $165 - $230 | Labor and employment law and employment litigation representing management | Sarah Wang: Managing Partner; swang@marrjones.com / Barry Marr: Partner; bmarr@marrjones.com |
| 20 (16) | Starn O'Toole Marcus & Fisher / 733 Bishop St., Ste. 1900, Honolulu, HI 96813 / starnlaw.com / (808) 537-6100 | 1994 | 15 / 9 | $300 - $600 / $175 - $275 | Real estate, complex construction litigation, appeals, hotel | Peter Starn: Chairman & President; pstarn@starnlaw.com / Terrence O'Toole: Dir. of Litigation; totoole@starnlaw.com / Kenneth Marcus: Dir.; kmarcus@starnlaw.com / Duane Fisher: Dir.; dfisher@starnlaw.com |
| 23 (21) | Chun Kerr Dodd Beaman & Wong / 745 Fort Street Mall, 9th Floor, Honolulu, HI 96813 / chunkerr.com / (808) 528-8200 | 1970 | 14 / 7 | $325 - $395 / $195 - $275 | Real estate, tax, tax litigation, general corporate, commercial | Andrew Beaman: Managing Partner; abeaman@chunkerr.com |
| 24 (23) | Lyons Brandt Cook & Hiramatsu / 841 Bishop St., Ste. 1800, Honolulu, HI 96813 / lbchlaw.com / (808) 524-7030 | 1977 | 13 / 11 | DND | General civil/trial practice, insurance, construction, surety, personal injury | George Brandt: Managing Partner; NA |
| 25 (24) | Dubin Law Offices / 55 Merchant St., Ste. 3100, Honolulu, HI 96813 / dubinlaw.net / (808) 537-2300 | 1984 | 13 / 8 | $480 - $550 / $185 - $350 | Civil trial and general appellate practice | Gary Dubin: Owner; gdubin@dubinlaw.net |

Notes: DND: did not disclose; NA: not available; NR: not previously ranked. [1] Includes partners, associates and of counsel attorneys. [3] Cronin Fried Sekiya Kekina & Fairbanks works on a contingency basis and does not charge by the hour. Information supplied by individual companies through surveys. Originally published Jan. 25, 2013.

Researched by Lucy Tuñgpaoa
llutupaa@bizjournals.com / (808) 955-8037

BAYS LUNG ROSE HOLMA

SCHLACK ITO

Yamamoto Caliboso

CAIN & HERREN ATTORNEYS AT LAW

CHUN KERR LLP

EXHIBIT "L"

# LAW FIRMS — PAGE 2
## Ranked by number of lawyers[1]

| Rank (Prior rank) | Company name / Address / Website / Phone | Year established in Hawaii | Lawyers / Partners / Associates | Hourly fee: Partners / Associates | Some specialty areas | Top executive(s) / Title / Email |
|---|---|---|---|---|---|---|
| 26 (24) | Bronster Hoshibata / 1003 Bishop St., Ste. 2300, Honolulu, HI 96813 / bhhawaii.net / (808) 524-5644 / 1999 | | 11 / 4 | DND / DND | Commercial, business, and partnership disputes; securities litigation; financial fraud; antitrust; administrative law; trust/estate | Margery Bronster, John Hoshibata: Sr. Partners; NA / Rex Fujichaku, Andrew Pepper: Partners; NA / Robert Hatch: Of Counsel; NA |
| 26 (NR) | Motooka & Yamamoto / 1000 Bishop St., Ste. 801, Honolulu, HI 96813 / myhawaiilaw.com / (808) 532-7900 / 1994 | | 11 / 2 | $225 - $250 / $200 - $225 | Representation of community associations; delinquency collections; civil litigation; insurance defense | Milton Motooka: President / milton@myhawaiilaw.com |
| 26 (24) | Schlack Ito / 745 Fort Street Mall, Ste. 1500, Honolulu, HI 96813 / schlackito.com / (808) 523-9040 / 2003 | | 11 / 4 | DND / DND | Real property, business, litigation, ADR, estate and sustainability, environmental, nonprofit organizations, government | Eric Eklund: Managing Member; eeklund@schlackito.com / Mark Ro, Raymond Iwamoto, Derek Kobayashi, Matthew Matsunaga, Jeffrey Piper, Carl Schlack Jr.: Members; info@schlackito.com |
| 26 (27) | Tom Petrus & Miller / 1164 Bishop St., Ste. 650, Honolulu, HI 96813 / tpm-hawaii.com / (808) 792-5800 / 1994 | | 11 / 7 | $200 and up / $130 and up | Representation to all members of the construction industry; defense of professionals; insurance coverage; product liability | Richard Miller: Attorney; rmiller@tpm-hawaii.com / Michael Tom: Attorney; mtom@tpm-hawaii.com |
| 30 (29) | Coates & Frey / 900 Fort Street Mall, Ste. 1400, Honolulu, HI 96813 / coatesandfrey.com / (808) 524-4854 / 1980 | | 10 / 1 | $175 / $250 - $270 | Divorce/family law; including custody, child support and modification, separation, property division, paternity, civil unions, restraining orders | P. Gregory Frey: Managing Attorney / gfrey@coatesandfrey.com |
| 30 (27) | Roeca Luria Hiraoka / 841 Bishop St., Ste. 900, Honolulu, HI 96813 / rlhlaw.com / (808) 538-7500 / 1988 | | 10 / 5 | DND / DND | Aviation, bad faith, civil, commercial, construction defects, contract disputes, directors/officers, employment law, insurance coverage counseling | Keith Hiraoka: Managing Partner; khiraoka@rlhlaw.com / Arthur Roeca: Sr. Partner; aroeca@rlhlaw.com / April Luria: Partner; aluria@rlhlaw.com |
| 32 (31) | Chee, Markham & Feldman / 1001 Bishop St., Ste. 1200, Honolulu, HI 96813 / NA / (808) 523-0111 / 1985 | | 9 / 5 | DND / DND | Civil and commercial litigation; arbitration and mediation; real estate, construction; product liability; malpractice and personal injury | Kevin Chee: Managing Partner; kchee@cheemarkham.com / Byron Feldman: Partner; bfeldman@cheemarkham.com / Gregory Markham: Partner; gmarkham@cheemarkham.com |
| 32 (31) | Fukunaga Matayoshi Hershey & Ching / 841 Bishop St., Ste. 1200, Honolulu, HI 96813 / fmhc-law.com / (808) 533-4300 / 1992 | | 9 / 5 | DND / DND | Civil litigation, products-liability, toxic torts, personal injury, insurance law, construction law, health-care law, commercial litigation | Wesley Ching: Partner; wkching@fmhc-law.com / Kenneth Fukunaga: Partner; NA / Jerold Matayoshi: Partner; jm@fmhc-law.com |
| 32 (NR) | Ogawa Lau Nakamura & Jew / 707 Richards St., Ste. 600, Honolulu, HI 96813 / nlaw.com / (808) 533-3999 / 1978 | | 9 / 4 | $200 - $350 / $150 - $200 | Real property, condominium, coordination, insurance, surety, fidelity, family law, commercial/personal injury litigation, estate planning/probate | Roy Ogawa: President/Director; rogawa@nlaw.com / A. Debbie Jew: VP/Director; djew@nlaw.com / Jeffrey Lau: Jlau@nlaw.com |
| 35 (NR) | Bervar & Jones / 1100 Alakea St., 20th Floor, Honolulu, HI 96813 / bervar-jones.com / (808) 550-4990 / 2002 | | 8 / 4 | $300 - $350 / $200 - $250 | Criminal defense and litigation in business, family law, wills and trusts, real estate, personal injury | Birney Bervar: Law Partner; bbb@bervar-jones.com / Ward Jones: Law Partner; wrj@bervar-jones.com |
| 35 (31) | Burke McPheeters Bordner & Estes / 119 Merchant St., Ste. 200, Honolulu, HI 96813 / bmbe-law.com / (808) 523-9833 / 1980 | | 8 / 5 | DND / DND | Commercial/complex/construction litigation; corporate/commercial/general business; insurance law, personal injury, professional liability | Howard McPheeters: Partner; hmcpheeters@bmbe-law.com / William Bordner: Partner; bbordner@bmbe-law.com / James Estes: Partner; jestes@bmbe-law.com |
| 35 (31) | Dwyer Schraff Meyer Grant & Green / 900 Fort St. Mall, Ste. 1800, Honolulu, HI 96813 / dwyerlaw.com / (808) 524-8000 / 1978 | | 8 / 5 | DND / DND | Litigation, real property, intellectual property | John Dwyer Jr.: President / jdwyer@dwyerlaw.com |
| 35 (31) | Tsugawa Biehl Lau & Muzzi / 1132 Bishop St., Ste. 2400, Honolulu, HI 96813 / hilaw.us / (808) 531-0490 / 2005 | | 8 / 4 | $325 - $350 / $210 - $275 | General business and corporate law; construction and other civil litigation; commercial financing; lender servicing and workouts | Michael Biehl: Partner; mbiehl@hilaw.us / Alan Lau: Partner; alau@hilaw.us / Christopher Muzzi: Partner; cmuzzi@hilaw.us |
| 39 (30) | Bendet Fidell, Attorneys at Law / 841 Bishop St., Ste. 1700, Honolulu, HI 96813 / bendetfidell.com / (808) 524-0544 / 1974 | | 7 / 5 | DND / DND | Business, corporate, real estate, estate planning, commercial litigation | Edward Bendet: President; NA / Jay Fidell: fidell@lava.net / Yuriko Sugimura: Dir.; bwyroca@bendetfidell.com |
| 39 (NR) | Tom Quitiquit Chee & Watts / 841 Bishop St., Ste. 2125, Honolulu, HI 96813 / NA / (808) 526-3011 / 2012 | | 7 / 5 | DND / DND | Real property transactions, finance/development; condominium and community association law; voluntary/involuntary lease-to-fee conversions | David Chee: Managing Partner / NA |
| 39 (NR) | Yamamoto Caliboso / 1099 Alakea St., Ste. 2100, Honolulu, HI 96813 / ychawaii.com / (808) 540-4500 / 2008 | | 7 / 4 | DND / DND | Energy law, public utilities law, telecommunications law, real estate and business law, corporate and business law | Dean Yamamoto / info@ychawaii.com |
| 42 (41) | Gelber Gelber & Ingersoll / 745 Fort Street Mall, Ste. 1400, Honolulu, HI 96813 / gelberlawyers.com / (808) 524-0155 / 1974 | | 6 / 5 | DND / DND | Business and commercial litigation; corporate and tax matters; business and insolvency law; real estate transactions; estate planning | Don Jeffrey Gelber: President / NA |
| 42 (38) | Cher Hamilton Yoshida & Shimomoto / 737 Bishop St., Ste. 2100, Honolulu, HI 96813 / charhamilton.com / (877) 234-9119 / 1979 | | 6 / 4 | DND / DND | Family law, captive insurance, business transactions, government affairs, reorganization | Geoffrey Hamilton: Dir.; NA / Gerald Yoshida: Dir.; NA / Paul Shimomoto: Partner; NA |
| 42 (41) | Kawashima Lorusso / 745 Fort St., Ste. 500, Honolulu, HI 96813 / NA / (808) 275-0350 / 2005 | | 6 / 4 | DND / DND | Commercial litigation, professional malpractice defense, professional liability, insurance defense, health care, employment, construction litigation | James Kawashima: Managing Partner / jkawashimaa@klhhp.com |
| 42 (41) | Sterling & Tucker / 820 Mililani St., 4th Floor, Honolulu, HI 96813 / sterlingandtucker.com / (808) 531-5391 / 1991 | | 6 / 5 | DND / DND | Estate planning, trust administration, probate, Medicaid planning, VA long-term-care benefits planning, guardianship, conservatorship | Michelle Tucker: Founder / michelle@sterlingandtucker.com |
| 46 (45) | Badger Arakaki / 900 Fort St. Mall, Ste. 1140, Honolulu, HI 96813 / badgerarakaki.com / (808) 566-0856 / 2006 | | 5 / 3 | DND / DND | Business, real estate, and construction disputes, landlord-tenant law, collection law, catastrophic personal injuries | Scott Arakaki: Member; scott@badgerarakaki.com / Robert Badger Jr.: Member; bob@badgerarakaki.com |
| 46 (46) | Cain & Herren / 2141 W. Vineyard St., Wailuku, HI 96793 / cainandherren.com / (808) 242-9350 / 2006 | | 5 / 2 | $275 / $200 | Bankruptcy, family, criminal, contract, trust, probate, loan modification | David Cain: Dir.; david@cainandherren.com / Benard Herren: Dir.; benard@cainandherren.com |
| 46 (38) | Koshiba Price Gruebner & Mau / 1003 Bishop St., Ste. 2600, Honolulu, HI 96813 / kpmlaw.com / (808) 523-3900 / 1976 | | 5 / 4 | | Business, labor, litigation | James Koshiba: Managing Partner / jkoshiba@kpmlaw.com |
| 46 (NR) | Law Offices of Marvin S.C. Dang / P.O. Box 4109, Honolulu, HI 96812 / marvindanglaw.com / (808) 521-8521 / 1981 | | 5 / 1 | DND / DND | Creditor's rights, collections, foreclosures, bankruptcy; real estate law, lobbying, government relations, legislation, estate planning, probate | Marvin Dang: Managing Member / dangm@aloha.net |
| 50 (NR) | Cox Fricke / 800 Ala Moana Blvd., Ste. B-409, Honolulu, HI 96813 / cfhawaii.com / (808) 585-9440 / 2011 | | 4 / 2 | DND / DND | Courtroom trial practice, commercial litigation, white-collar criminal defense, personal injury | Joachim Cox: Partner; jcox@cfhawaii.com / Robert Fricke: Partner; rfricke@cfhawaii.com |

Notes: DND: did not disclose; NA: not available; NR: not previously ranked. [1] includes partners, associates and of-counsel attorneys. Information supplied by individual companies through surveys. Originally published Jan. 25, 2013. Researched by Lucy Tsutsumi; ltsutsupu@bizjournals.com / (808) 955-8037