# Exhibit N

# Appendix D
## Cases Used To Estimate Attorney Fees and Expenses in Controversy

| Case | Citation | Trial or Settled | Attorney Fees Requested | Costs/Expenses Requested | Total Fee + Cost Award |
|---|---|---|---|---|---|
| *Baker* v. *Mazda Motor of America* | 856 So.2d 118 (La. App. 2003) (affirming fee award, awarding fees on appeal) | Trial; Fee Award Appealed | Unknown | Unknown | $7,500.00 (trial) + $2,500.00 (appeal) |
| *Barrantes* v. *American Honda Motor Co, Inc.* | Case No. BC475301 (Cal. Sup. Los Angeles Cnty. 2012) | Settled | $10,710.50 | $1,529.00 | $14,086.10 |
| *Bettenhausen* v. *Ford Motor Company* | Case No. 34-2010-00079192 (Cal. Sup. Sacramento Cnty. 2012) | Trial | $342,540.25 | $37,949.05 | $380,489.30 |
| *Bonnette* v. *Ford Motor Co.* | 88 So.3d 1164 (La. App. 2012) (affirming award) | Trial; Fee Award Appealed | Unknown | Unknown | $12,375.00 |
| *Brager* v. *Ford Motor Company* | Case No. 679287 (Cal. Sup. Stanislaus Cnty. 2016) | Settled | $60,112.00 | $13,984.80 | $74,096.80 |
| *Cauchon* v. *Forest River, Inc.* | Case No. GIC869626 (Cal. Sup. San Diego Cnty. 2008) | Trial | $170,000.00 | $30,000.00 | $200,000.00 |
| *Chaudoir* v. *Porsche Cars of North America,* | 667 So.2d 569 (La. App. 1995) (affirming award) | Trial; Fee Award Appealed | $69,500.00 | $0.00 | $15,000.00 |
| *Christie* v. *Mercedes-Benz USA, LLC* | Case No. 30-2009-00117469-CU-BC-WJC (Cal. Sup. Orange Cnty. 2010) | Trial | $154,694.05 | $25,373.56 | $180,067.61 |

**Appendix D**
**Cases Used To Estimate Attorney Fees and Expenses in Controversy**

| Case | Citation | Trial or Settled | Attorney Fees Requested | Costs/Expenses Requested | Total Fee + Cost Award |
|---|---|---|---|---|---|
| *Citrin* v. *Mercedes Benz USA, LLC* | Case No. CIV 482165 (Cal. Sup. San Mateo Cnty. 2010) | Trial | $75,441.00 | $14,470.95 | $100,000.00 |
| *Cortez* v. *Toyota Motor Sales, U.S.A., Inc.* | Case No. CGC12525512 (Cal. Sup. San Francisco Cnty. 2015) | Settled | $77,234.50 | $23,418.74 | $100,653.24 |
| *Davtian* v. *Jaguar Land Rover North America LLC* | Case No. 14-cv-05417 (C.D. Cal. 2017) | Settled | Unknown | Unknown | $186,714.12 (comprised of $157,341.10 in fees and $29,373.02 in expenses) |
| *Dombrowski* v. *BMW of North America, LLC* | Case No. SCB 244721 (Cal. Sup. Sonoma Cnty. 2010) | Trial | Unknown | Unknown | $175,000.00 |
| *Fisher* v. *Hyundai Motor America* | Case No. 9958 (Cal. Sup. Maricopa Cnty. 2012) | Settled | $20,611.50 | $5,998.60 | $26,610.10 |
| *Grande* v. *Volkswagen of America* | Case No. RIC 457550 (Cal. Sup. Riverside Cnty.) | Settled | $15,000.00 | $1,888.93 | $16,888.93 |
| *Green* v. *BMW of North America, LLC* | Case. No. A14–0378, 2014 WL 5800412 (Minn. App. 2014) (modifying award) | Trial; Fee Award Appealed | Unknown | Unknown | $139,440.90 |
| *Hameed* v. *Mercedes-Benz USA, LLC* | Case No. 34-2011-00116022-CU-BC-GDS (Cal. Sup. Sacramento Cnty. 2015) | Trial | $200,000.00 | $40,000.00 | $240,000.00 |

Appendix D
Cases Used To Estimate Attorney Fees and Expenses in Controversy

| Case | Citation | Trial or Settled | Attorney Fees Requested | Costs/Expenses Requested | Total Fee + Cost Award |
|---|---|---|---|---|---|
| *Hamilton* v. *Ford Motor Co.* | Case No. 2002 CA09878 AH.2007, WL 1877385 (Fla. Cir. 2007) (on remand) | Trial; Fee Award Appealed | Unknown | Unknown | $139,227.25 (excludes interest, comprised of $132,337 in fees and $6,890.25 in expenses) |
| *Heinlein* v. *Ford Motor Company* | Case No. 30-2012-00611794-CU-BC-CJC (Cal. Sup. Orange Cnty. 2014) | Settled | $85,178.50 | $14,762.77 | $99,941.27 |
| *Henry* v. *Kia Motors America* | Case No. VCU245894 (Cal. Sup. Tulare Cnty. 2013) | Settled | $29,711.50 | $2,925.68 | $29,387.18 |
| *James/Canchola* v. *American Honda Motor Co., Inc.* | Case No. 26-60236 (Cal. Sup. Napa Cnty. 2015) | Settled | $31,628.75 | $4,740.00 | $37,524.12 |
| *Karapetian* v. *Kia Motors America, Inc.* | Case no. 8-cv-00227 (C.D. Cal. 2013) (on remand) | Settled; Fee Award Appealed | $127,461.73 (trial) + $87,875.00 (appeal) | $0.00 | $205,675.23 |
| *Krasnov* v. *Mercedes-Benz USA, LLC* | Case No. 30-2012-00538528-CU-BC-CJC (Cal. Sup. Orange Cnty. 2013) | Settled | $14,757.25 | $620.35 | $15,377.60 |
| *Lopez* v. *Hyundai Motor America* | Case No. CB464278 (Cal. Sup. Los Angeles Cnty. 2012) | Settled | $13,044.00 | $2,602.00 | $15,646.00 |

-3-

Appendix D
Cases Used To Estimate Attorney Fees and Expenses in Controversy

| Case | Citation | Trial or Settled | Attorney Fees Requested | Costs/Expenses Requested | Total Fee + Cost Award |
|---|---|---|---|---|---|
| *Michels* v. *Mazda Motor of America, Inc.* | Case No. RG12627123 (Cal. Sup. Alameda Cnty. 2015) | Trial | $185,086.23 | $55,772.43 | $240,858.66 |
| *Miller* v. *Yamaha Motor Corporation* | Case No. MCV041934 (Cal. Sup. Madera Cnty. 2010) | Settled | Unknown | Unknown | $37,459.43 |
| *Padilla* v. *Toyota Motor Sales, USA, Inc.* | Case No. CGC-11-512517 (Cal. Sup. San Francisco Cnty. 2013) | Settled | $47,496.50 | $5,434.51 | $49,204.50 |
| *Pineda* v. *American Honda Motor Co., Inc.* | Case No. BC378461 (Cal. Sup. Los Angeles Cnty. 2008) | Settled | $23,407.01 | $3,514.75 | $25,835.03 |
| *Snyder* v. *Subaru of America, Inc.* | Case No. BC441582 (Cal. Sup. Los Angeles Cnty. 2011) | Settled | $16,053.49 | $2,249.84 | $18,093.30 |
| *Town East Ford Sales, Inc.* v. *Gray* | 730 S.W.2d 796 (Tex. App. 1987) (affirming fee award, awarding fees on appeal) | Trial; Fee Award Appealed | Unknown | Unknown | $44,963.26 (trial) + $5,000.00 (appeal) |
| *Vasquez* v. *BMW a/North America, LLC* | Case No. 30-2012-00583703-CU-BC-CJC (Cal. Sup. Orange Cnty. 2015) | Settled | $108,403.50 | $22,732.68 | $124,681.17 |
| *Velasquez* v. *BMW of North America, LLC* | Case No. BC439556 (Cal. Sup. Los Angeles Cnty. 2011) | Settled | $17,648.50 | $1,920.79 | $19,569.29 |

Appendix D
Cases Used To Estimate Attorney Fees and Expenses in Controversy

| Case | Citation | Trial or Settled | Attorney Fees Requested | Costs/Expenses Requested | Total Fee + Cost Award |
|---|---|---|---|---|---|
| *Voorting* v. *BMW of North America, LLC* | Case No. 30-2012-00606387-CU-BC-CJC (Cal Sup. Orange Cnty. 2015) | Settled | $107,795.50 | $16,315.22 | $120,785.86 |
| *Whitelaw* v. *General Motors, LLC et al.* | Case No. BC430309 (Cal. Sup. Los Angeles Cnty. 2011) | Settled | $13,099.00 | $741.25 | $19,318.18 |
| *Wilbur* v. *Mercedes Benz USA LLC* | Case No. 2014-1-CV-261629 (Cal. Sup. Santa Clara Cnty. 2016) | Settled | $24,000.00 | $3,874.36 | $27,874.36 |