IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| MIGNONETTE OLIVAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CUTTER CJD, INC. (d/b/a CUTTER DODGE CHRYSLER JEEP PEARL CITY), FCA US LLC (d/b/a CHRYSLER CORPORATION and CHRYSLER GROUP), and DOE DEFENDANTS 1-10,<br><br>　　　　Defendants. | CIVIL NO. 1:19-cv-00454-DKW-RT<br><br>CERTIFICATE OF SERVICE<br><br>RE: FCA US LLC FKA CHRYSLER GROUP LLC'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT [DKT. 9], AS FILED ON OCTOBER 7, 2019; DECLARATION OF BRIAN W. TILKER; EXHIBIT "1"; EXHIBITS "A" – "N" |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, a true and correct copy of the above-described document was duly served upon the following by CM/ECF.

| | Hand-Delivery | Electronic CM/ECF | First Class Mail |
|---|---|---|---|
| JUSTIN A. BRACKETT, ESQ.<br>515 Ward Avenue<br>Honolulu, Hawaii 96814 | ☐ | ☒ | ☐ |
| WALTER K. CORONEL, ESQ.<br>1110 Nuuanu Avenue #A1-100<br>Honolulu, Hawaii 96817 | ☐ | ☐ | ☒ |

*Attorneys for Plaintiff*
*MIGNONETTE OLIVAS*

-2-

| | Hand-Delivery | Electronic CM/ECF | First Class Mail |
|---|---|---|---|
| JOACHIM P. COX, ESQ.<br>ROBERT K. FRICKE, ESQ.<br>ABIGAIL M. HOLDEN, ESQ.<br>COX FRICKE<br>800 Bethel Street, Suite 600<br>Honolulu, Hawaii 96813 | ☐ | ☒ | ☐ |

*Attorneys for Defendant*
CUTTER CJD, INC. d/b/a CUTTER DODGE CHRYSLER JEEP PEARL CITY

DATED: Honolulu, Hawaii, October 31, 2019.

                        TORKILDSON KATZ
                        HETHERINGTON HARRIS & KNOREK
                        Attorneys at Law, A Law Corporation


                        /s/ Brian W. Tilker
                        BRIAN W. TILKER
                        ERIK A. RASK
                        Attorneys for Defendant
                        FCA US LLC