IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MIGNONETTE OLIVAS, ) | CV 19-00454 DKW-RT |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ADOPTING |
| vs. ) | MAGISTRATE JUDGE'S |
| ) | FINDINGS AND |
| CUTTER CJD, dba Cutter Dodge ) | RECOMMENDATION |
| Chrysler Jeep Pearl City, FCA US ) | |
| LLC, dba Chrysler Corporation and ) | |
| Chrysler Group LLC, ) | |
| DOE DEFENDANTS 1-10, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on April 16, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and

//

//

2

Recommendation to Grant Plaintiff Mignonette Olivas' Motion to Remand", ECF No. 24, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 27, 2020 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Mignonette Olivas v. Cutter CJD, et al*; Civil No. 19-00454 DKW-RT; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**